UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeanne Weierheiser,<br><br>          Plaintiff,<br>v.<br><br>Source Mediation Services; and DOES 1-10, inclusive,<br><br>          Defendant. | Civil Action No.: 5:13-cv-00837-GLS-ATB |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: October 15, 2013

                                                            Respectfully submitted,

                                                            PLAINTIFF, Jeanne Weierheiser

                                                            /s/ Sergei Lemberg

                                                            Sergei Lemberg, Esq. (SL 6331)
                                                            **LEMBERG & ASSOCIATES L.L.C.**
                                                            1100 Summer Street, 3rd Floor
                                                            Stamford, CT 06905
                                                            Telephone: (203) 653-2250
                                                            Facsimile:  (203) 653-3424
                                                            slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Sergei Lemberg

      Sergei Lemberg