UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeanne Weierheiser,<br><br>                    Plaintiff,<br><br>     v.<br><br>Source Mediation Services; and<br>DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.: 5:13-cv-00837-GLS-ATB |

## STATUS REPORT

Pursuant to the Court's October 16, 2013 Order (Doc. No. 9), Plaintiff hereby submits the following status report regarding settlement:

Despite diligent efforts, the parties have not yet completed settlement in this matter. However, Plaintiff expects that settlement will be completed by December 16, 2013, and Plaintiff will file a notice of voluntary dismissal of this action by that date.

Dated: November 14, 2013

                                          Respectfully submitted,

                                        By  */s/ Sergei Lemberg*

                                        Sergei Lemberg
                                        LEMBERG LAW LLC
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile:  (203) 653-3424
                                        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 14, 2013, a true and correct copy of the foregoing Status Report was filed electronically by the U.S. District Court Northern District of New York Electronic Document Filing System (ECF) and a copy was mailed to the foregoing party:

Source Mediation Services
57 Eagle Road
Springfield, PA 19064

/s/ Sergei Lemberg
Sergei Lemberg
Attorney for Plaintiff
