**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jeanne Weierheiser, | : |
| Plaintiff, | : Civil Action No.: 5:13-cv-00837-GLS-ATB |
| v. | : |
| Source Mediation Services; and DOES 1-10, inclusive, | : |
| Defendants. | : |

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Jeanne Weierheiser ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint

and gives notice that the action is dismissed without prejudice as to all Defendants.  Should

Plaintiff not file a request to reinstate within forty-five (45) days, said dismissal shall be with

prejudice.

Dated:  December 5, 2013

Respectfully submitted,

PLAINTIFF, Jeanne Weierheiser

By:    /s/Sergei Lemberg
   Sergei Lemberg, Esq.
   LEMBERG LAW L.L.C.
   1100 Summer Street, 3rd Floor
   Stamford, CT 06905
   Telephone: (203) 653-2250
   Facsimile:  (203) 653-3424

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/Sergei Lemberg
Sergei Lemberg